Ernest Dugar III
24935 Whitman Street, 4E
Hayward, CA 94544
(510)860-7790
(341)258-8504
Email: akaiadugar@gmail.com

ERNEST DUGAR III , IN PRO-SE

**FILED**

APR 15 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE FEDERAL COURT

NORTHERN CALIFORNIA DISTRICT

ERNEST DUGAR III,

        Plaintiff,

   vs.

ALAMEDA COUNTY SHERIFF

DEPARTMENT,

      Defendant.

Case No. CV 25-3353 AGT

CIVIL RIGHTS VIOLATIONS 14TH AMENDMENT POLICE MISCONDUCT REFUSAL TO TREAT EQUALLY BECAUSE OF RACIAL PROFILING (AB953)

DEMAND FOR JURY TRIAL

YES- X   /   NO-

1. PARTIES

PLAINTIFF

Ernest Dugar III 24935 Whitman Street, 4E, Hayward, CA 94544

DEFENDANTS

Alameda County Male Sheriff

Alameda County Female Sheriff

2. JURISDICTION

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

(i)

This case belongs in this federal court, because its involves a federal law and right. Violations of the 14th Amendment of U.S. Constitution, Civil Rights, Equal Protection of the law. And, all parties residents lives in the same state, county, and the damages are more than $75,000.00.

3. VENUE

This is the appropriate venue, this court because:

A substantial part of the events, the plaintiff suing about happened in this district, plaintiff lives in this district. Plus, at least one of the defendants is located in this district and both defendants lives in California.

4. INTRADISTRICT ASSIGNMENT

Because, this lawsuit arose and occurred in Alameda County it should be assigned and heard to the Civil Division of this court.

5.                    STATEMENT OF FACTS

In, San Leandro, CA on E. 14th Street the plaintiff was in a smoke shop located at 15640 E. 14th Street, San Leandro, CA 94578. On, April 17, 2023, at approx.. 12;52pm, and the plaintiff came in the shop and when to the back of the line for customer service. The plaintiff spoke to the owners of the shop, and did he spoke to others in the line. Saying, "what up everybody and how everyone

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

(2)

feeling today. There were 2 guys ahead of the plaintiff and 1 of the guys said to the plaintiff. "Man don't say nothing to him he having a bad day, he is in a bad mood. So, the plaintiff said, tell your friend Im sorry for saying anything to him, my bad. The plaintiff did turn and walk away from the line. Did all of a sudden he was jumped from behind, by the guys who was in a bad mood. Put him in an illegal choke hold trying to hurt or kill the plaintiff by choking him to death, with extreme strength to the point that the plaintiff lose conscious during the attack. The plaintiff finally awoke but stay on the ground because he felt a seizure coming and he turn to his side to help control the partial seizures he was experiencing. Once, the plaintiff felt it was time to get off the ground, he decide to get his bike lock bar and beat the attacker with it, but change his mind because he didn't feel like going to jail on this day. So, instead of what the plaintiff was thinking to finish the attacker off, he back down, decide to be the "Bigger Man" and walk away. Everyone, looked worried of what they all witness, especially the Arabic lady owner because she been knowing the plaintiff for 3 years are so. Then, the plaintiff got out the shop and walk outside where he flagged down the sheriff at the red light. The sheriff did a u-turn and got behind the attacker truck they were in and turn on his RED and Blue lights. The plaintiff started to tell the sheriffs about what happen and the sheriffs male and female officers, listen to the plaintiff.

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

(3)

The female sheriff just stood there while her partner spoke to the attacker. The attacker stated, " I don't even know this guy sheriff and he and the other guy said, " he is tripping deputy. Did the male sheriff deputy said, well you didn't die, so what is the problem. Did, the male sheriff deputy said, you guys can go, he is properly high on something anyway. They left and the sheriff left too.

6. Paragraph Facts- deputies refused to identity attacker after plaintiff point him out. Refusal equal protection of the law.

7. Paragraph Facts- deputies refused to question or detrained the attacker until investigation of what happen is completed. Deputies refuse to take necessary steps to see what laws were broken. Publicly promulgated by these peace officers.

8. Paragraph Facts- even after the owners spoke on what happen the deputies still didn't allow the plaintiff equal protection of the laws.

9. Paragraph Facts- after attacker talk the deputies out of a investigation into the matter, the deputies didn't take the crime scene seriously. They the defendants independently adjudicaled the crime scene of their own, not by the law.

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

(4)

10. Paragraph Facts- Did the worse of this entire case, is when the plaintiff came out shouting he put me in a choke hold, causing plaintiff to almost going into a seizure. The deputy said, "you didn't die, you guys can leave go. This is what the male deputy said to the plaintiff attackers. Mr. Dugar was deprive of his person of life, liberty, or property.

14th Amendment -Nor shall any State deprive any person of life, liberty, or property, without due process of the law; nor deny to any person within its jurisdiction the equal protection of the law.

Rule of law is a principle under which all persons, institutions, and entitles are accountable to laws that are:

1. Publicly promulgated

2. Equally enforced

3. Independently adjudicated

4. And consistent with international human rights principles.

Misconduct includes deemed outside of the officers code of conduct including obstructing justice.

Selective enforcement throwing the book at the officer dislikes- racial discrimination.

Failure to secure a crime scene, failure to properly collective evidence related to the case/crime.

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

(5)

Regents of the Univ. of Cal. v. Bakke 1978

Discrimination cases- Hardy v. Stumpf, Darr v. County of San

Bernardino, and Lopez v. San Bernardino.


The Plaintiff Prayer To The Court

1. General Damages        $100,000.00

2. Pain and euffering   $75,000.00

3. Extreme Emotional Stress $75,000.00

4. Discrimination and Racial Profiling $300,000.00

5. Punitive Damages $750,000.00


Total plaintiff damages=

$1.3 Million Dollars


I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing statements are true and correct.

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

(6)

DATED: March 5, 2025

_____
YOUR NAME
In Pro Per

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

(7)

Ernest Dugar III
24935 Whitman Street, 4E
Hayward, CA 94544
(510)860-7790

ERNEST DUGAR III , IN PRO PER

UNITED STATES FEDERAL COURT

NORTHERN CALIFORNIA DISTRICT

| | |
|---|---|
| ERNEST DUGAR III, | ) Case No: |
| Plaintiff, | ) |
| vs. | ) CIVIL RIGHTS |
| | ) VIOLATIONS 14TH |
| ALAMEDA COUNTY SHERIFF | ) AMENDMENT POLICE |
| | ) MISCONDUCT REFUSAL |
| DEPARTMENT | ) TO TREAT EQUALLY |
| | ) BECAUSE OF RACIAL |
| Defendant. | ) PROFILING (AB953) |

_Declaration_ E.D.III

TO ALL PARTIES INVOLVED IN THIS LEGAL MATTER, RESPECTFULLY:

I the Plaintiff/Pro-Se Ernest Dugar III, have come to the understanding that I will continue to judge by my skin color or my economics face value.

1st. Claim- The defendants violated my 14th Amendment rights of protects citizens rights, grant citizenship, and establishes equal

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

protection under the law. The male sheriff deny me that protection by allowing the attacker to leave the crime scene, without conducting a investigation of the event. Hes the sheriff based his actions on race, skin color. He, show me, that my right of due process of the law does not apply to me, at all. Your Honor, I felt so so defeated on trying to understand in which happen. I do have equal civil legal rights, I believe Your Honor, don't I have them too.

2nd Claim- The defendant violated my 4th Amendment rights by not arresting, collection of evidence, and telling the criminal he can leave the crime scene, didn't look at the probable cause, or request I.D. from the attacker one nothing in order to get to the bottom of the incident. And, for an elderly 67 years old a full investigation should had took place. I flagged the sheriff down, a emergency situation.  Your Honor, I have help older white people whom crossing the street with a walker. By, walking with them and my Huffy bike in the direction the traffic, where they cant hit the older person with the walker. Your Honor, Im just trying to explain the type of black man Im.

African- American Bill of Rights, 1964 Passage of the Civil Rights Act marks a milestone in the long struggle to extend civil, political, and legal rights and protections to African Americans,

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

including former slaves and their descendants, and to end segregation in private facilities.

I declare under the penalty of perjury, under the laws of the State of California, that the foregoing statements are and correct.

DATED: April 14, 2025

_____
YOUR NAME
In Pro Per

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

EXT.  FOUR

## ALAMEDA COUNTY SHERIFF'S OFFICE
### Citizen's Complaint Form

**COMPLAINANT:**

Name ERNESTO DUGAR III   Sex Male   Race Black

DOB 07-09-1956   Driver's License # N6624003   PFN NA

Address 24935 Whitman Street, 4E   City Hayward.   Zip 94544

Home Phone # 510-878-8826   Cell Phone # 510-860-7790   E-mail akaiqdugar@gmail.com

**EMPLOYEE(S):**

Names or Descriptions (1) Deputy Latino or White Male deputy.
(2) Deputy latino female heavy set. Both, are
Alameda County Sheriff's.

**WITNESS(ES):**

Name Owners of Shop   Address 15640 E. 14th Street #1950   Phone NA

Name _____   Address NA   Phone _____

Name _____   Address _____   Phone _____

INCIDENT LOCATION: 15640 E. 14th St. San Leandro, CA 94578   DATE: 04/17/23   TIME: Approx 3:15pm

DETAILS OF COMPLAINT: (Attach additional pages if necessary) I were the smoke
shop and these 2 white guys jump I putting in a
Illegal choke-hold. I became unconscious, and when
I finally woke up, I ran to the front door, and seen a sheriff,
at the Right. And, I flagged down and show and told what
1 of the guys did. One, of the guys said, officer I dont
know what he's talking about, we did not do anything
to him. The male sheriff said, O.K. you guys can go,
he's probably lying anyway. Then, I was very upset
left and when to my apt. 15807 Maubert Avenue, San
Leandro, CA 94544. Now, all out the blue, sheriffs and
pre-meds came to my apt. And, my back in the middle
my spine pain, 1 of the pre-med asked me what hospital
I wanted to go to. I said, Kaiser and them being
Freinds with the sheriffs, then talking to each other by
1st names decided to take me to a hospital in Castro
Valley where I'm in the hallway on a stretcher.

PD 47 (Rev 03/23)                                    (OVER)

The hospital services "WAS" bad. Now, I'm a document special and I love alot of sheriff, they are good people to me. But, for the sheriff ALLOWING these "2 white men" who attacked me from the back and I flagged the 2 sheriff, and the scene and they didn't do anything, no incident card, no report, no what happen in the way of doing their job was Misconduct of a law enforcement office. The male sheriff never liked me he worked the Hayyall Hall of Justice and the female officer worked the Welfare on San Pablo across from Greyhound. My spine hurt still!

**CALIFORNIA CIVIL CODE, Section 47.5 Defamation Action by Peace Officer**
Notwithstanding Section 47, a peace officer may bring an action for defamation against an individual who has filed a complaint with that officer's employing agency alleging misconduct, criminal conduct, or incompetence, **if that complaint is false, the complaint was made with knowledge that it was false and that it was made with spite, hatred or ill will.** Knowledge that the complaint was false may be proved by showing that the complainant had no reasonable grounds to believe the statement was true and that the complainant exhibited a reckless disregard for ascertaining the truth.

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER FOR ANY IMPROPER POLICE CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZENS' COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

Per 832.7 PC, complainants are only entitled to be notified of the findings (results) of the investigations, as the contents of all personnel investigations shall remain confidential.

I have read and understood the above statement.

_P.S - So, if I would to kill by choking to death is what the officers wanted!_

_____
Complainant's Signature

01/03/2025
Date

**COMPLAINT PROCEDURE:** If the incident occurred more than 30 days prior to this complaint, include a description of the circumstances causing the delay in the above narrative.

After the complaint has been received by a Sheriff's Office employee, a copy shall be returned to the complainant. The complaint will then be sent to an investigator. When completed, the investigation will be reviewed by command staff and forwarded to the Sheriff for a finding. A letter outlining the allegation(s) and finding(s) will then be sent to the complainant.

COMPLAINT RECEIVED BY: Name_____Date_____Time_____

___In Person  ___Phone  ___Mail  ___Other _____

COMPLAINANT SENT/GIVEN COPY BY: Name_____Date_____

EXT.  FIVE

MC-031

| PLAINTIFF/PETITIONER: Alameda County Sheriff | CASE NUMBER: PENDING |
| DEFENDANT/RESPONDENT: | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*



I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 06/13/2023

Ernesto Dugar III
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

EXT.  SIX

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

ERNEST DUGAR III    510-860-779)
24935 Whitman Street, 4E
Hayward, CA 94544

TELEPHONE NO.:                    FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF/PETITIONER: ERNEST DUGAR III
DEFENDANT/RESPONDENT: ALAMEDA COUNTY SHERIFF DEPT.

**DECLARATION**

CASE NUMBER:
PENDING

04/23/2023 - I were at Smoke Shop on E. 14th St. San Leandro, CA. These guys had jump me from the back. One of the guys was upset, and he took his angry out on me. By, putting in a Chokehold stopping me from breathing. I finally awake from the Chokehold which put me out for about 5 mins. Once, woke up I flagged down the sheriff to let them know I just been attacked. Sheriff got behind the guys, and the sheriff said, "Oh you guys can go, he's properly lying anyway. The sheriff allowed the guys who attacked me and tryed to kill me with the illegal hold.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/10/2024

Ernest Dugar III
*(TYPE OR PRINT NAME)*

*(SIGNATURE OF DECLARANT)*

☐ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☒ Other *(Specify):* Pro-Se

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

EXT.   SEVEN

MC-031

| PLAINTIFF/PETITIONER: Ernest Dugar III | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Alameda County Sheriff Dept. | PENDING |

Attachment (1)

**DECLARATION**

*(This form must be attached to another form or court paper before it can be filed in court.)*

And, as of 01/03/2025 I still have not receive a copy of a police report. I when to the Sheriff office 150th Ave. 3 times in 2024 March, April and May 2024. And all 3 times they had me just waiting 1st time 48 mins. 2nd time 1 hour 10 minutes and 3rd time I only stay for 40 minutes because I was trying obtain the police report of the incident never signed no incident concerns. Still as of 01/03/2025 still has not seem or been contact about the report. I JUST WANT THIS OVER!

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 01/03/2025    Thank You

Ernesto Dugar III
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☒ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

EXT.   EIGHT

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

| | | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH | YEAR 56 | MONTH 07 | DAY 09 |
|---|---|---|---|---|---|---|---|
| 1. LAST NAME-FIRST NAME-MIDDLE NAME DUGAR, ERNEST III | | M | 547 94 3688 | | | | |
| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS ARMY - RA | 6a. GRADE, RATE OR RANK PV1 | b. PAY GRADE E-1 | 7. DATE OF RANK | YEAR 75 | MONTH 11 | DAY 26 | |

| 8a. SELECTIVE SERVICE NUMBER DNA | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE DNA | c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) 1721 Emeric Ave San Pablo, CA 94806 |
|---|---|---|

| 9a. TYPE OF SEPARATION Discharge | b. STATION OR INSTALLATION AT WHICH EFFECTED US Army Retraining Bde, Ft Riley, KS 66442 | d. EFFECTIVE DATE | YEAR 76 | MONTH 04 | DAY 13 |
|---|---|---|---|---|---|

c. AUTHORITY AND REASON
Para 13-5a(1), AR635-200 SPD JLB

| f. TYPE OF CERTIFICATE ISSUED DD Form 257A | 10. REENLISTMENT CODE RE-3 |
|---|---|

8. CHARACTER OF SERVICE
UNDER HONORABLE CONDITIONS

12. COMMAND TO WHICH TRANSFERRED
DNA

11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND
US ARMY RETRAINING BDE, USA TRADOC

| 13. DATE ENTERED ACTIVE DUTY THIS PERIOD | YEAR 74 | MONTH 06 | DAY 25 |
|---|---|---|---|

15. TERMINAL DATE OF RESERVE/MSO OBLIGATION | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) Oakland, CA

| YEAR DNA | MONTH | DAY |
|---|---|---|

| 16a. PRIMARY SPECIALTY NUMBER AND TITLE 76Y10 Supply Clerk 11 Oct 74 | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER 223.387 Stock Clerk | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| | | (a) NET ACTIVE SERVICE THIS PERIOD | 1 | 6 | 22 |
| | | (b) PRIOR ACTIVE SERVICE | 0 | 0 | 0 |
| 17a. SECONDARY SPECIALTY NUMBER AND TITLE NONE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER NONE | (c) TOTAL ACTIVE SERVICE (a + b) | 1 | 6 | 22 |
| | | (d) PRIOR INACTIVE SERVICE | | | |
| | | (e) TOTAL SERVICE FOR PAY (c + d) | 1 | 6 | 22 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 0 | 0 | 0 |

| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 ☐ YES ☒ NO | 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) SECONDARY/HIGH SCHOOL 11 YRS (1-12 grades) COLLEGE 0 YRS |
|---|---|

| 21. TIME LOST (Preceding Two Yrs.) 87 Days | 22. DAYS ACCRUED LEAVE PAID 26 Days | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE ☒ $20,000 ☐ $5,000 ☐ $10,000 ☐ NONE | 24. DISABILITY SEVERANCE PAY ☐ NO ☐ YES AMOUNT DNA | 25. PERSONNEL SECURITY INVESTIGATION | |
|---|---|---|---|---|---|
| | | | | a. TYPE ENTNAC | b. DATE COMPLETED 2 Aug 74 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED.
NDSM

27. REMARKS
Ref Item 16a: SUPPLY CLERK SCHOOL
Ref Item 21: 87 Days lost under 10 U.S.C. 972 from 9 Oct 75 thru 13 Oct 75; 7 Nov 75 thru 10 Nov 75; 20 Nov 75 thru 22 Nov 75; 4 Dec 75 thru 29 Dec 75; 13 Jan 76 thru 1 Mar 76.

"Individual requests a copy of the DD Form 214" E.D.

| 28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and ZIP Code) 206 Melvin PL Fayetteville, NC | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER RICHARD A. RAEL JR., 2D LT, AGC, Asst Adjutant | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |

DD FORM 214
1 NOV 72

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.