UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DUGAR III,<br><br>         Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,<br><br>         Defendants. | Case No. 25-cv-03353-AGT   (LJC)<br><br>**ORDER REGARDING PLAINTIFF ERNEST DUGAR III'S DECEMBER 15, 2025 FILING**<br><br>Re: Dkt. Nos. 51, 49 |

Having reviewed Plaintiff Ernest Dugar III's filing on December 15, 2025, ECF No. 51, the filing is provisionally sealed as it contains information concerning the parties' purported settlement. By January 5, 2026, Defendants shall file a declaration or other response indicating whether the material should be unsealed and publicly available on the docket in its entirety or with redactions. In addition, the telephonic settlement status conference currently scheduled for January 29, 2026 at 10:30 am is advanced to January 8, 2026 at 9:30 am. The undersigned will ask about the apparent settlement reached by the parties at the status conference.

Given that Plaintiff Dugar is not a registered e-filer and does not appear to have provided the Court with an email address, the Clerk's Office will mail a copy of this order to him forthwith. In addition, the call-in information for the telephonic status conference will be mailed to Plaintiff Dugar by the Clerk's Office at least one week before the status conference.

**IT IS SO ORDERED.**

Dated: December 22, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge